**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _Delaware_
(State)

Case number (*If known*): _____ Chapter _11_

❑ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

---

**1.  Debtor's name**

Yep Commerce, Inc.

---

**2.  All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

Genesis Express Transport Inc.

---

**3.  Debtor's federal Employer Identification Number (EIN)**

8 8 – 4 0 2 1 9 6 2

---

**4.  Debtor's address**

**Principal place of business**

4600 Florin Perkins Road, Unit 200
Number        Street

Sacramento                CA        95828
City                State    ZIP Code

Sacramento County
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                State    ZIP Code

---

**5.  Debtor's website (URL)**

yepcommerce.com

---

Debtor    Yep Commerce, Inc.
Name _____    Case number (if known) _____

---

**6.   Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>4</u>    <u>8</u>    <u>4</u>    <u>1</u>

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

Debtor     Yep Commerce, Inc.                             Case number *(if known)* _____
            Name

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.   District _____ When _____ Case number _____
                                  MM / DD / YYYY

          District _____ When _____ Case number _____
                                  MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.   Debtor _____ Relationship _____

          District _____ When _____
                                 MM / DD / YYYY

          Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                             Number        Street

                             _____

                             _____    _____
                             City                         State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

       Contact name _____

       Phone _____

---

**Statistical and administrative information**

---

Debtor ___Yep Commerce, Inc._____     Case number *(if known)*_____
                    Name

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/06/2023_____
              MM   / DD / YYYY

✗   ___/s/ Airende Ojeomogha_____         ___Airende Ojeomogha_____
     Signature of authorized representative of debtor          Printed name

Title ___Chief Executive Officer_____

| Debtor | Yep Commerce, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**18. Signature of attorney**

✗ /s/ Jason S. Levin
_____
Signature of attorney for debtor

Date  11/06/2023
_____
MM    / DD  / YYYY

Jason S. Levin
_____
Printed name

Morris James LLP
_____
Firm name

500 Delaware Avenue, Suite 1500
_____
Number        Street

Wilmington
_____
City

DE
_____
State

19803
_____
ZIP Code

(302) 888-6800
_____
Contact phone

jlevin@morrisjames.com
_____
Email address

6434
_____
Bar number

DE
_____
State

## WRITTEN CONSENT IN LIEU OF MEETING
## OF THE BOARD OF DIRECTORS OF YEP COMMERCE, INC.

### November 6, 2023

The undersigned, being the directors of Yep Commerce, Inc., a Delaware corporation (the "**Company**"), being duly authorized by the shareholders of the Company, do hereby consent to, adopt, authorize, and approve the following resolutions without the formality of convening a meeting, for and as the action of the Company, as of the date hereof:

### <u>AUTHORIZATION TO FILE CHAPTER 11 BANKRUPTCY</u>

**WHEREAS**, the officers and directors of the Company have considered the financial and operational conditions of the Company; and

**WHEREAS**, the officers and directors of the Company have reviewed, considered, and received the recommendation and the advice of the professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a reorganization under chapter 11 of the United States Code, including Subchapter V thereto;

**NOW, THEREFORE, IT IS RESOLVED**, that the Company is authorized to file a chapter 11 reorganization bankruptcy in the United States Bankruptcy Court for the District of Delaware; and it is

**FURTHER RESOLVED**, that Airende Ojeomogha and Garry Ottosen (the "**Authorized Persons**") are hereby authorized, without further act or resolution of the undersigned, to execute any an all documentation necessary to effectuate the immediate filing of said bankruptcy, as well as other documents permitted or required to be filed in the court for the bankruptcy proceeding following the filing of said bankruptcy; and it is

**FURTHER RESOLVED**, that the Authorized Persons are hereby authorized, without further act or resolution of the undersigned, to employ, retain, and/or hire any professionals and/or consultants as deemed necessary to assist the Company during the bankruptcy; and it is

**FURTHER RESOLVED**, that the Authorized Persons hereby are authorized, directed, and empowered for an in the name and on behalf of the Company to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions; and it is

**FURTHER RESOLVED**, that the Authorized Persons hereby are authorized, directed, and empowered, in the name and on behalf of the Company to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and when necessary or appropriate, file or cause to be filed with the appropriate governmental authorities or otherwise, all such further agreements, documents, reports, certificates, and undertakings and any amendments, supplements, or modifications thereto; and to incur and to pay all such fees and expenses and to engage such persons as in his judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is

**FURTHER RESOLVED**, that this action may be executed by facsimile or electronic means, and a facsimile or electronic signature will constitute an original signature.

DATE: November 6, 2023

*/s/ Airende Ojeomogha*
Airende Ojeomogha
Chief Executive Officer, Director
Yep Commerce, Inc.

*/s/ Garry Ottosen*
Garry Ottosen
Chief Operating Officer, Director
Yep Commerce, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Yep Commerce, Inc. | Case No. 23-_____ (___) |
| Debtor[1] | |

## LIST OF EQUITY SECURITY HOLDERS

The above-captioned debtor and debtor in possession (the "**Debtor**") provides this list of equity security holders pursuant to rule 1007(a) of the Federal Rules of Bankruptcy Procedure.

| Holder of Equity Securities | Nature of Interest Held | Percentage Held |
|---|---|---|
| Gary Ottosen | Common Stock | 40% |
| Airende Ojeomogha | Common Stock | 60% |

---

[1] The Debtor's last four digits of its federal EIN is (1962).  The Debtor's mailing address is 4600 Florin Perkins Road, Unit 200 Sacramento, CA 95828.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re

Yep Commerce, Inc.

          Debtor[1]

Chapter 11

Case No. 23-_____ (___)

## CORPORATE OWNERSHIP STATEMENT

The above-captioned debtor and debtor in possession (the "**Debtor**") makes this statement under rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").  The Debtor certifies that there are no entities to report under Bankruptcy Rule 7007.1.

---

[1] The Debtor's last four digits of its federal EIN is (1962).  The Debtor's mailing address is 4600 Florin Perkins Road, Unit 200 Sacramento, CA 95828.