**Fill in this information to identify the case:**

Debtor name: Yep Commerce, Inc.

United States Bankruptcy Court for the: District of DE
(State)

Case number (If known): 23-11820 (LSS)

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Umpqua Bank | Umpqua Bank, SBA Loan Portfolio, 7777 Alvarado Road, Suite 501, La Mesa, CA 91942 | | | | | Unknown |
| 2 | Western Alliance Bank | 1 E Washington Street, Suite 1400, Phoenix AZ 85004 | | Disputed | $1,530,000 | | Unknown |
| 3 | Libertas | 411 W. Putname Ave, Suite 220. Greenwich, CT 06830 | Contract | Disputed | | | Unknown |
| 4 | Bank of America | PO Box 15710 , Wilmington, DE 19850 | Credit card | | | | $30,000.00 |
| 5 | Pilot Flying J | 6505 Lonas Drive Knoxville, TN 37909 | Services | | | | $22,324.67 |
| 6 | US Bank | Cardmember Service, PO Box 790408, St. Louis, MO 63179-0408 | Credit card | | | | $15,538.40 |
| 7 | Albert Bevziuk | Address on File | Services | | | | $10,504.67 |
| 8 | Valeriy Bloshenko | Address on File | Services | | | | $9,050.92 |

Debtor     Yep Commerce, Inc.                         Case number *(if known)*_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured c0laim |
| 9 | RVS Lines LLC | 8732 Fruitridge Rd, Shop #1B Sacramento, CA 95826 | Lease | | | | $7,000.00 |
| 10 | Dmytro Dehtiarov | Address on File | Services | | | | $6,782.39 |
| 11 | Tamiko Burgess | Address on File | Services | | | | $6,111.83 |
| 12 | Russo Brothers Transport, Inc. | 6180 Hedge Ave Sacramento, CA 95829 | Services | | | | $6,000.00 |
| 13 | Ruslan Repekha | Address on File | Services | | | | $5,575.45 |
| 14 | Dmitrii Andriianov | Address on File | Services | | | | $5,406.10 |
| 15 | Michael Dolotov | Address on File | Services | | | | $5,391.66 |
| 16 | James Alan Anderson | Address on File | Services | | | | $4,798.50 |
| 17 | Dmitriy Rybin | Address on File | Services | | | | $4,238.90 |
| 18 | Willie Patterson | Address on File | Services | | | | $3,936.00 |
| 19 | Serhii Dmytrenko | Address on File | Services | | | | $3,870.25 |
| 20 | Serghei Reabcici | Address on File | Services | | | | $3,831.88 |

# Yep Commerce, Inc. - Cash Flow Statement

|  | July | August | September | October |
|---|---:|---:|---:|---:|
| **Beginning Cash Balance** | **$100,241** | **$20,439** | **$82,317** | **$333,660** |
| **Cash Flow From Operating Activities** | | | | |
|     Net Income | ($90,883) | ($128,579) | ($492,893) | ($149,989) |
|     Other cash payments | $10,515 | ($8,596) | $87,203 | $21,556 |
|     Net Change in AR/AP | $0 | ($320,229) | ($769,463) | ($30,833) |
|     RTS Collections Payments | $0 | $92,431 | $937,181 | $0 |
| **Total Cash Flow From Operating Activities** | **($80,369)** | **($364,973)** | **($237,973)** | **($159,266)** |
| **Cash Flow From Investing Activities** | | | | |
|     Purchase of Equipment | $0 | $0 | $0 | $0 |
| **Total Cash Flow From Investing Activities** | **$0** | **$0** | **$0** | **$0** |
| **Cash Flow From Financing Activities** | | | | |
|     Repayment of Principal on Long Term Debt | ($5,354) | ($29,110) | ($66,755) | ($33,131) |
|     Levko Payments | $5,920 | ($44,040) | ($4,929) | $0 |
|     Bridge Line Drawdown | $0 | $500,000 | $60,000 | $0 |
|     Proceeds from long term debt (Libertas) | $0 | $0 | $501,000 | $0 |
| **Total Cash Flow From Financing Activities** | **$566** | **$426,851** | **$489,316** | **($33,131)** |
| *Net Change in Cash Flow* | *($79,802)* | *$61,878* | *$251,344* | *($192,397)* |
| **Ending Cash Balance** | **$20,439** | **$82,317** | **$333,660** | **$141,263** |

## Yep Commerce, Inc. - Balance Sheet

|  | July | August | September | October |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| Bank Accounts | $20,439 | $82,317 | $333,660 | $141,263 |
| RTS AR Purchased | $0 | $1,029,612 | $0 | $0 |
| Accounts Receivable | $50,806 | $371,035 | $1,140,498 | $1,242,806 |
| **Total Current Assets** | **$71,245** | **$1,482,964** | **$1,474,159** | **$1,384,069** |
| **Fixed Assets** | | | | |
| Vehicles | $6,461,780 | $6,461,780 | $6,461,780 | $6,461,780 |
| **Total Fixed Assets** | **$6,461,780** | **$6,461,780** | **$6,461,780** | **$6,461,780** |
| **TOTAL ASSETS** | **$6,533,024** | **$7,944,743** | **$7,935,938** | **$7,845,849** |
| | | | | |
| **LIABILITIES AND EQUITY** | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | $0 | $0 | $0 | $71,475 |
| Credit Cards | $22,563 | $46,266 | $33,586 | $49,341 |
| Payroll Liabilities | $21,183 | $37,275 | $39,798 | $45,599 |
| **Total Current Liabilities** | **$43,746** | **$83,541** | **$73,384** | **$166,414** |
| **Long-Term Liabilities** | | | | |
| Bridge Bank AR Line | $0 | $1,529,612 | $1,589,612 | $1,589,612 |
| Long Term Liabilities | $6,404,614 | $6,375,505 | $6,809,750 | $6,776,619 |
| **Total Liabilities** | **$6,448,360** | **$7,988,658** | **$8,472,746** | **$8,532,645** |
| **Equity** | | | | |
| Opening balance equity | $175,547 | $175,547 | $175,547 | $175,547 |
| Retained Earnings | $0 | $0 | $0 | $0 |
| Net Income | ($90,883) | ($219,462) | ($712,355) | ($862,344) |
| **Total Equity** | **$84,664** | **($43,915)** | **($536,808)** | **($686,797)** |
| **TOTAL LIABILITIES AND EQUITY** | **$6,533,024** | **$7,944,743** | **$7,935,938** | **$7,845,849** |

- - - -

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Yep Commerce, Inc.<br><br>Debtor[1] | Chapter 11<br><br>Case No. 23-11820 (LSS) |

## STATEMENT OF NON-FILING OF TAX RETURNS

Pursuant to sections 1187 and 1116(1) of title 11 of the United States Code (the "**Bankruptcy Code**"), upon election to file under Subchapter V of the Bankruptcy Code a debtor is required to file, among other things, either (i) a copy of its most recent tax return or (ii) a statement that no tax return has been filed.

The above-captioned debtor and debtor in possession (the "**Debtor**") was incorporated in 2022, but had neither income nor expenses in that year, and therefore did not file tax returns.

---

[1] The Debtor's last four digits of its federal EIN is (1962). The Debtor's mailing address is 4600 Florin Perkins Road, Unit 200 Sacramento, CA 95828.

**Fill in this information to identify the case and this filing:**

Debtor Name __Yep Commerce, Inc.__

United States Bankruptcy Court for the: _____  District of __Delaware__
(State)

Case number (*If known*): __2__3-11820 (LSS__)__

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Corporate Ownership Statement, List of Equity Security Holders, Cash Flow Statement Balance Sheet, Statement of Non-Filing of Tax Returns

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/09/2023__  ✗ __/s/ Airende Ojeomogha_____
MM / DD / YYYY              Signature of individual signing on behalf of debtor

__Airende Ojeomogha_____
Printed name

__Chief Executive Officer_____
Position or relationship to debtor

---

Official Form 202           **Declaration Under Penalty of Perjury for Non-Individual Debtors**